FILED: NASSAU COUNTY CLERK 06/13/2017 02:04 PM

NYSCEF DOC. NO. 1

INDEX NO. 605578/2017

RECEIVED NYSCEF: 06/13/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---X

MARIE NAPOLI, ESQ.,

Plaintiff,

-against-

AMAZON WEB SERVICES,
AKAMAI TECHNOLOGIES, INC.,
DAILY MAIL.co.uk, BREAKING MEDIA,
ABOVE THE LAW.COM, and
NAMECHEAP, INC.,

Defendants.

---X

**SUMMONS WITH NOTICE**

Index #: 605578/2017

Date Purchased: June 13, 2017

Basis of venue: Plaintiff's Residence

TO THE ABOVE NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Plaintiff designates Nassau County as the place of trial. Venue is proper because Plaintiff resides in this County.

NOTICE

This is an action for copyright infringement, injunctive relief, and money damages.

Plaintiff prays that the court enter judgment in her favor and against Defendants Akamai Technologies, Inc., Daily Mail.co.uk, Amazon Web Services, Breaking Media, Abovethelaw.com, and Namecheap, Inc., for copyright infringement, injunctive relief, monetary damages, and order permanently restraining defendants from publishing Plaintiff's copyrighted material.

Dated: New York, New York
June 9, 2017

Marie Napoli

MARIE NAPOLI
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212)397-1000

TO: Akamai Technologies, Inc.
8 Cambridge Center
Cambridge, MA 02142

FILED: NASSAU COUNTY CLERK 06/13/2017 02:04 PM
NYSCEF DOC. NO. 1

INDEX NO. 605578/2017
RECEIVED NYSCEF: 06/13/2017

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109-5210

Namecheap, Inc.
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Daily Mail.co.uk
Northcliff House
2 Derry Street
London W8 5TT
United Kingdom

Breaking Media
611 Broadway, Suite 907D
New York, NY 10012

Abovethelaw.com
611 Broadway, Suite 907D
New York, NY 10012



# NYSCEF - Nassau County Supreme Court
## Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Marie Napoli Esq. - v. - New York Post et al**

**605149/2017**

**Assigned Judge: None Recorded**

## Documents Received on 06/05/2017 03:03 PM

| Doc # | Document Type | Motion # |
|---|---|---|
| 1 | SUMMONS WITH NOTICE<br>Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

## Filing User

Name: **MARIE NAPOLI**
Phone #: **2123971000**
Fax #:

E-mail Address: **MNapoli@napolilaw.com**
Work Address: **360 Lexington Ave.
11th fl
new york, NY 10017**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 06/05/2017 03:03 PM:

**NAPOLI, MARIE - MNapoli@napolilaw.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

**Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html**
Phone: 516-571-2660 Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

**NYSCEF Resource Center - EFile@nycourts.gov**
**Phone:** (646) 386-3033 **Fax:** (212) 401-9146 **Website:** www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---------------------------------------------------------------x

Marie Napoli, Esq.

Plaintiff,

- against –

Index No. 605578/2017

Amazon Web Services, Akamai Technologies, Inc., Daily Mail.co.uk, Breaking Media, Above the Law.com, and Namecheap, Inc.,

Defendants.

---------------------------------------------------------------x

NOTICE OF COMMENCEMENT OF ACTION
SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

Parties represented by an attorney: An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

Parties not represented by an attorney: Unrepresented litigants are exempt from e-filing. They can serve and file documents in paper form and must be served with documents in paper form. However, an unrepresented litigant may participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: August 23, 2017

Marie Napoli
Signature

Marie Napoli
Name

Napoli Shkolnik, PLLC
Firm Name

360 Lexington Ave., 11th Fl.
Address

New York, NY 10017

(212) 397-1000
Phone

MNapoli@NapoliLaw.com
E-Mail

To: Amazon Web Services

Akamai Technologies, Inc.

Daily Mail.co.uk,

Breaking Media

Abovethelaw.com

Namecheap, Inc.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---X

MARIE NAPOLI, ESQ.,

Plaintiff,

-against-

AMAZON WEB SERVICES, AKAMAI TECHNOLOGIES, INC., DAILY MAIL.co.uk, BREAKING MEDIA, ABOVE THE LAW.COM, and NAMECHEAP, INC.,

Defendants.

---X

**SUMMONS WITH NOTICE**
Index #: 605578/2017
Date Purchased: June 13, 2017

Basis of venue: Plaintiff's Residence

TO THE ABOVE NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Plaintiff designates Nassau County as the place of trial. Venue is proper because Plaintiff resides in this County.

NOTICE

This is an action for copyright infringement, injunctive relief, and money damages.

Plaintiff prays that the court enter judgment in her favor and against Defendants Akamai Technologies, Inc., Daily Mail.co.uk, Amazon Web Services, Breaking Media, Abovethelaw.com, and Namecheap, Inc., for copyright infringement, injunctive relief, monetary damages, and order permanently restraining defendants from publishing Plaintiff's copyrighted material.

Dated: New York, New York
June 9, 2017

Marie Napoli
MARIE NAPOLI
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212)397-1000

TO: Akamai Technologies, Inc.
8 Cambridge Center
Cambridge, MA 02142

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109-5210

Namecheap, Inc.
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Daily Mail.co.uk
Northcliff House
2 Derry Street
London W8 5TT
United Kingdom

Breaking Media
611 Broadway, Suite 907D
New York, NY 10012

Abovethelaw.com
611 Broadway, Suite 907D
New York, NY 10012



# NYSCEF - Nassau County Supreme Court

# Confirmation Notice



This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Marie Napoli Esq. - v. - New York Post et al**

**605149/2017**

**Assigned Judge: None Recorded**

## Documents Received on 06/05/2017 03:03 PM

| Doc # | Document Type | Motion # |
|---|---|---|
| 1 | SUMMONS WITH NOTICE<br>Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

## Filing User

Name: **MARIE NAPOLI**
Phone #: **2123971000**
Fax #:
E-mail Address: **MNapoli@napolilaw.com**
Work Address: **360 Lexington Ave.**
**11th fl**
**new york, NY 10017**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 06/05/2017 03:03 PM:

**NAPOLI, MARIE - MNapoli@napolilaw.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

**Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html**
Phone: 516-571-2660 Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

**NYSCEF Resource Center - EFile@nycourts.gov**
**Phone:** (646) 386-3033 **Fax:** (212) 401-9146 **Website:** www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

----------------------------------------------------------------x

Marie Napoli, Esq.

Plaintiff,

- against –

Index No. 605578/2017

Amazon Web Services, Akamai Technologies, Inc., Daily Mail.co.uk, Breaking Media, Above the Law.com, and Namecheap, Inc.,

Defendants.

----------------------------------------------------------------x

NOTICE OF COMMENCEMENT OF ACTION
SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

Parties represented by an attorney: An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]