**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARIE NAPOLI, ESQ.

Plaintiff,

v.

AMAZON WEB SERVICES, AKAMAI TECHNOLOGIES, INC., DAILYMAIL.co.uk, BREAKING MEDIA, INC., ABOVETHELAW .COM, and NAMECHEAP, INC.,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Case No.: 2:17-CV-05714-JFB-AKT

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Marie Napoli and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) AMAZON WEB SERVICES, AKAMAI TECHNOLOGIES, INC., DAILYMAIL.co.uk, BREAKING MEDIA, INC., ABOVETHELAW.COM, and NAMECHEAP, INC.

Date: October 6, 2017

Respectfully Submitted,

/s/ Salvatore C. Badala
Salvatore C. Badala (SB2053)
NAPOLI SHKOLNIK PLLC
400 Broad Hollow Road, Ste. 305
Melville, NY 11747
Email: SBadala@napolilaw.com
Tele: (212) 397-1000

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of October, 2017, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

**By:** /s/ Salvatore C. Badala