UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 10 2017 ★
LONG ISLAND OFFICE

| | |
|---|---|
| MARIE NAPOLI, ESQ.<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, AKAMAI TECHNOLOGIES, INC., DAILYMAIL.co.uk, BREAKING MEDIA, INC., ABOVETHELAW .COM, and NAMECHEAP, INC.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil Case No.: 2:17-CV-05714-JFB-AKT |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Marie Napoli and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) AMAZON WEB SERVICES, AKAMAI TECHNOLOGIES, INC., DAILYMAIL.co.uk, BREAKING MEDIA, INC., ABOVETHELAW.COM, and NAMECHEAP, INC.

Date: October 6, 2017

Respectfully Submitted,

/s/ Salvatore C. Badala
Salvatore C. Badala (SB2053)
NAPOLI SHKOLNIK PLLC
400 Broad Hollow Road, Ste. 305
Melville, NY 11747
Email: SBadala@napolilaw.com
Tele: (212) 397-1000

*Attorneys for Plaintiff*

Case closed.

So Ordered.

S/ Joan M. Azrack

October 10, 2017